PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:21-mj-00010-DB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO<br>) CONTINUE STATUS CONFERENCE |
| v. | ) |
| JOSEPH A. QUITORIANO, | ) DATE:  April 6, 2021<br>) TIME:  10:00 a.m. |
| Defendant. | ) JUDGE: Hon. Deborah Barnes |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on April 6, 2021.

2. Since the status conference, the government has produced discovery and has represented that additional discovery is forthcoming.

3. Counsel for defendant desires additional time to review

discovery and confer with his client.

    4.   By this stipulation, the parties now jointly move to continue the status conference to May 18, 2021 at 9:30 a.m.

    IT IS SO STIPULATED.

DATED: April 2, 2021        PHILLIP A. TALBERT
                              Acting United States Attorney

                          By:  */s/ Alstyn Bennett*
                              ALSTYN BENNETT
                              Assistant U.S. Attorney

                              */s/ Arturo Marquez*
                              ARTURO MARQUEZ
                              Counsel for Defendant
                              (*Per 4/2/2021 email authorization from Arturo Marquez*)

**FINDINGS AND ORDER**

    IT IS SO ORDERED, that the status conference currently set for April 6, 2021 is continued until May 18, 2021 at 9:30 a.m.

    FOUND AND ORDERED.

Dated:  April 5, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE