UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | USDC Case Number: 2:21-MJ-00010-DB |
|---|---|
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **JOSEPH A. QUITORIANO** | **(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 18 U.S.C. § 1382; 18 U.S.C. § 13; C.V.C. § 23223(a) | Entering Military Property for any Purpose Prohibited by Law or Lawful Regulation; Open Container |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY as to Count 3,** fine in the amount of $800, payable within thirty (60) days, a special assessment of $10, due forthwith; **as to Count 4,** fine in the amount of $100, payable within thirty (60) days, a special assessment of $5, due forthwith.

☒ Total financial obligation of $915, fine payable within thirty (60) days, special assessment due forthwith.
☐ Monthly payments of $ , per month for months commencing on and each month thereafter by the of the month until paid in full.

☒ **COURT PROBATION** for a term of 6 months, to terminate upon final payment of fine and special assessment. Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☐ You shall perform hours of community service by .

**While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on by .

☐ **YOU ARE ALSO ORDERED TO APPEAR for a REVIEW HEARING** on at and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER**:

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA 95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 5/18/2021

*/s/ Deborah Barnes*
**Deborah Barnes**
United States Magistrate Judge

CRD Initials: PB